David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy, Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE MALUAFITI, | Case No.: 2:20-cv-01663-JCM-VCG |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS** |
| vs. | |
| RUSHMORE LOAN SERVICING, LLC, | (Second Request) |
| Defendant. | |

MICHELLE MALUAFITI ("Plaintiff") and Defendant RUSHMORE LOAN MANAGEMENT SERVICES, LLC ("Rushmore"), incorrectly named "Rushmore Loan Servicing, LLC" in the Complaint, collectively the "Parties", hereby jointly stipulate and agree to allow an extension of time for Plaintiff to file a response to Rushmore's Motion to Dismiss Plaintiff's Complaint ("Motion to Dismiss") to **December 10, 2020**.

The Motion to Dismiss was filed on October 22, 2020 and appears on the docket as ECF #5. Plaintiff's current deadline to respond to the Motion to Dismiss is November 19, 2020. The reason for the request is two-fold: (1) counsel for Plaintiff needs additional time to fully examine and respond to the arguments and legal analysis set forth in the Motion to Dismiss and whether an amended complaint could address the issues raised or whether a quick resolution to the matter may be available; and (2) due

-1-

to COVID-19 and the State of Nevada's recent restrictions, Plaintiff's counsel has had to cancel its meeting with Plaintiff and will need a few weeks to reschedule that meeting to review information with the Plaintiff concerning the Motion to Dismiss. This is Plaintiff's second request for an extension. Rushmore will not be prejudiced by the delay and has agreed to the extension of time. This stipulation has not been submitted for the purpose of delay or other impermissible purpose.

Stipulated and agreed on this date: November 13, 2020.

*/s/ Shawn W. Miller*  
David H. Krieger, Esq.  
Shawn W. Miller, Esq.  
KRIEGER LAW GROUP, LLC  
2850 W. Horizon Ridge Pkwy., Suite 200  
Henderson, Nevada 89052  
*Attorneys for Plaintiff*

*/s/ Jeffrey S. Allison*  
Jeffrey S. Allison, Esq.  
HOUSER LLP  
9970 Research Drive  
Irvine, California 92618  
*Attorneys for Defendant*

## ORDER GRANTING EXTENSION OF TIME

IT IS SO ORDERED.

_____  
UNITED STATES DISTRICT JUDGE

Dated: November 20, 2020